ESSER, Appellant, vs. BRECKHEIMER BREWING COMPANY and another, Respondents.

*January 14—February 3, 1914.*

*Ejectment: Lease: Evidence.*

In an action of ejectment, findings of the trial court to the effect that the lease under which defendant justified had not been abrogated, that defendant had exercised an option to continue the lease in force beyond the original term, and that plaintiff had purchased the premises with notice of the lease, are *held* to be supported by the evidence.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge.   *Affirmed.*

For the appellant there was a brief by *John C. Fehlandt* and *Rufus B. Smith,* and oral argument by *Mr. Smith.*

For the respondents there was a brief by *Aylward, Davies & Olbrich,* and oral argument by *J. A. Aylward.*

BARNES, J. This is an action of ejectment. The defendants justified their right of possession under a written lease. The plaintiff contended on the trial (1) that the lease was abrogated by mutual consent; (2) that the defendant corporation failed to exercise an option contained in the lease to continue it in force beyond the period for which the premises had been originally leased, and that therefore the lease had expired by its terms; and (3) that plaintiff purchased the premises without notice that defendant had a lease of the property which extended for a term of years. The court found against the plaintiff on all three of these questions, and it is insisted that such findings have no sufficient support in the evidence.

We are satisfied from an examination of the evidence that it cannot be said that any one of the findings attacked is against the clear preponderance of the evidence. The judgment must therefore be affirmed.

*By the Court.*—It is so ordered.